AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division



MAR 29 2002

Jeremiah Mearday        **JUDGMENT IN A CIVIL CASE**

v.        Case Number: 00 C 1834

City of Chicago, et al.        MAR 2 9 2002

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor defendants Joel F. Bemis, Michael J. Brosnan, Wayne Thompson, Thomas Kwasinski, John Fuller, James Benson, Michael Mazzoccoli and the City of Chicago and against plaintiff Jeremiah Mearday as to Counts I, II and III which involved federal claims.
Counts IV and V are remanded to the Circuit Court of Cook County.
This cause of action is dismissed in its entirety. There being no just reason for delay, this is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 3/28/2002

*Ruth O'Shea*
Ruth O'Shea, Deputy Clerk

186